**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

No. 25-3102

Jose Lemus-Palma v. Attorney General United States of America

Agency No. A240-066-578

**O R D E R**

On **October 30, 2025**, a petition for review was filed and served in the above-captioned action. Pursuant to Fed. R. App. P. 17(a), the administrative record shall be filed in this office within 40 days from the date of service of the petition. The Executive Office of Immigration Review is directed to file the record on or before **December 09, 2025.**

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: October 30, 2025
JK/cc: Pamela Bondi, Esq.
OIL,
Daniel I. Smulow, Esq.