DLD-055

**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

C.A. No. **25-3102**

JOSE LORENZO LEMUS-PALMA,
Petitioner

VS.

U.S. ATTORNEY GENERAL

(Agency No. A240-066-578)

Present: RESTREPO, PORTER[1], and MONTGOMERY-REEVES, *Circuit Judges*

Submitted are:

(1) Petitioner's motion to stay removal; and

(2) Government's response

in the above-captioned case.

Respectfully,

Clerk

ORDER

Petitioner's motion to stay removal is granted. *See Nken v. Holder*, 556 U.S. 418, 434 (2009); *Alimbaev v. Att'y Gen.*, 872 F.3d 188, 196 (3d Cir. 2017); *Roye v. Att'y Gen.*, 693 F.3d 333, 342 (3d Cir. 2012).

By the Court,

s/ Tamika R. Montgomery-Reeves
Circuit Judge

Dated: March 11, 2026
JK/cc: All Counsel of Record

[1] Judge Porter voted to deny the motion to stay removal.

A True Copy:

Patricia S. Dodszuweit, Clerk